UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                                **4TH ORDER OF CONTINUANCE**
       -against-                                          25 Mag. 1263

PEDRO MARTE,

                              Defendant.
-------------------------------------------------------------------X

        Adjourned to October 1, 2025 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: September 3, 2025
       White Plains, New York

                                                          SO ORDERED:

                                                          _____
                                                           JUDITH C. McCARTHY
                                                          United States Magistrate Judge